Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

District of Col

Joseph A.T.M. Evans

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Timothy J. Shea
The united States
of America, et. aL.

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case: 1:26–cv–02604 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/22/2026
Description: Pro Se Gen. Civ. (F–DECK)

Jury Trial: *(check one)* ☑Yes ☐No

RECEIVED
MAILROOM
JUL 22 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                    Joseph Anthony Turner Miller Evans
Street Address          St.E.H. 1100 Alabama Ave. S.E.
City and County         Washington, D.C. 20032
State and Zip Code      Wash. D.C. 20032
Telephone Number        (202) 299-5100
E-mail Address          Not Available

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Timothy J. Shea

Job or Title *(if known)* — The official U.S. Government

Street Address — OAG Attorney Generals Look the address up

City and County — Washington, DC 20001

State and Zip Code — Same OAS' Above

Telephone Number — (202) 628-2404

E-mail Address *(if known)* — NON - Available

**Defendant No. 2**

Name — Metropolitan Police Dept.

Job or Title *(if known)* — Chief of Police

Street Address — 300 Indiana Ave. N.W.

City and County — Washington, D.C.

State and Zip Code — 20001

Telephone Number — unknown to me

E-mail Address *(if known)* — NON-Known to me

**Defendant No. 3**

Name — Andrew L. Ain

Job or Title *(if known)* — Attorney at Law

Street Address — 400 5th street N.W.

City and County — Washington, D.C. 20001

State and Zip Code — Same Ja's Above

Telephone Number — (202) 681 - 7349

E-mail Address *(if known)* — Non Available to me

**Defendant No. 4**

Name — Rainey R. Brandt

Job or Title *(if known)* — Criminal Judge

Street Address — 500 Indiana Ave. N.W.

City and County —

State and Zip Code — Washington DC 20001

Telephone Number — 202 879 - 1010

E-mail Address *(if known)* — NON-Known to me.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question              [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The Defendants all are aware that plaintiff is innocent. But still Evans is steadily being prosecuted as if he Committed Gun Posession, kidnap and Rape. False imprisonment.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship  8th and 14th amendment Violation.

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* Joseph A.T.M. Evans, is a citizen of the State of *(name)* _____.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* Social Security Administration is incorporated under the laws of the State of *(name)* wash. DC 20001,

   and has its principal place of business in the State of *(name)* HOMELESS—Recieved Monthly

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the* $1,000.00 Social Security Checks. *same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* Rainey Brandt is a citizen of the State of *(name)* wash. D.C. . Or is a citizen of *(foreign nation)* U.S.A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* U. S. Government is incorporated under

the laws of the State of *(name)* Wash. D. C. , and has its

principal place of business in the State of *(name)* ↑ .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* U. S. A. .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is being Confined for False accusations made by the Metropolitan police Dept. and U.S.A.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Imagination Created Criminal charges. The Defendants maintain that on or about 9-23-2012 Evans, while armed Raped and Kidnapped L.D. Evans can Show he was in Fairfax Jail on 8-9-12. Fairfax Cant show Evans being Released on 9-19-2012. Because Evans was Still in Jail.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Since february 2020, the D.C. Authorities has had custody of the plaintiff. Claiming Evans is incompetent to stand trial. Because if they allow A trial they must fabricate. Please Grant $60 million Dollars.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/9/2026

Signature of Plaintiff    *Joseph Anthony Turner Miller Evans*

Printed Name of Plaintiff    Joseph ATM Evans

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____